B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE:  **Premium Well Drilling, Inc.**          Case No.  **10-54062-lmc**

                                                 Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| John W. Beasley<br>PO Drawer 2020<br>Beeville, TX  78102 | | . | | **$2,799,251.37**<br>**Value: $0.00** |
| Security State Bank<br>1194 W. Oaklawn<br>Pleasanton, TX  78064 | | Loan No. 600201-01 | | **$1,876,584.88**<br>**Value: $0.00** |
| Adcock Pipe & Supply - Alice<br>PO Box 1171<br>Alice, TX  78333 | | Goods and services | | **$484,987.88** |
| Security State Bank<br>1194 W. Oaklawn<br>Pleasanton, TX  78064 | | Line Note 600201-02 | | **$452,710.26**<br>**Value: $0.00** |
| Mi Swaco<br>PO Box 200132<br>Dallas TX  78320 | | Trade Debt | | **$377,323.67** |
| Startex Gasoline & Oil Distributors, Inc<br>5412 Leopard St.<br>Corpus Christi TX  78408 | | Goods and services | | **$340,895.35** |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

IN RE: **Premium Well Drilling, Inc.**  Case No. **10-54062-lmc**

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Goldwell Investment, Inc.<br>PO Box 803<br>Pleasanton TX  78064 | | Services | | $335,000.00 |
| Knight Oil Tools, Inc.<br>PO Box 53883<br>Lafayette LA  70505 | | Trade Debt | | $236,914.57 |
| Earth Friendly Drilling Fluids, Inc.<br>PO Box 2222<br>Laredo, TX  78044 | | Goods and services | | $191,675.20 |
| Outback Drilling, LLC<br>212 Isaiah Drive<br>Lafayette LA  70508 | | Goods and services | | $187,250.00 |
| Texas Star Machine Co.<br>PO Box 847<br>Pleasanton TX  78064 | | Services | | $183,674.17 |
| Weatherford<br>PO Box 2000019<br>Houston TX  77216-0019 | | Trade Debt | | $170,059.35 |
| Coastal Chemical Co., LLC<br>PO Box 820<br>Abbeville LA  70511-0820 | | Services | | $166,513.00 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE:  **Premium Well Drilling, Inc.**   Case No.  **10-54062-lmc**

Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Schlumberger<br>PO Box 201556<br>Houston TX  77216-1556 | | Trade Debt | | $144,154.77 |
| VP Sales & Specialties Co., Inc.<br>PO Box 408<br>Alice TX  78333 | | Trade Debt | | $121,163.95 |
| Zarsky Oilfield Services, Inc.<br>PO Box 2527<br>Victoria TX  77902 | | Services | | $106,143.84 |
| Tommy D. Shearrer<br>PO Box 764<br>Pleasanton TX  78064 | | Trade Debt | | $87,000.00 |
| Robert A. Jenkins & Co.<br>PO Box 260670<br>Corpus Christi TX  78426-0670 | | Services | | $61,597.85 |
| Bowen Welding<br>PO Box 216<br>Christine TX  78012 | | Services | | $57,381.43 |
| Fitz Torque Convertors, Inc.<br>PO Box 3907<br>Odessa TX  79760-3907 | | Services | | $57,083.50 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE: **Premium Well Drilling, Inc.**  Case No. **10-54062-lmc**

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**Director**_____ of the _____**Corporation**_____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: __**10/21/2010**_____  Signature: __**/s/ Leo Quintanilla**_____
  *Leo Quintanilla*
  **Director**