**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **PREMIUM WELL DRILLING, INC.** | § | Case No. 10-54062 |
| | § | |
| **Debtor** | § | Chapter 11 |
| | § | |

### NOTICE OF APPEARANCE, REQUEST FOR ALL NOTICES, AND DEMAND FOR SERVICE OF ALL PLEADINGS AND FILINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of Weatherford US, LP, a creditor and party-in-interest in the above styled and numbered Chapter 11 bankruptcy case, as attorney for such party, and hereby requests notice of all hearings and conferences in such case and makes demand for service of all pleadings, filings, notices, and other actions and papers pursuant to Fed. R.Bankr.P. 2002 and 9010(b), and Bankruptcy Local Rule 2002. All such notices should be addressed as follows:

> Edward L. Rothberg
> T. Josh Judd
> Hoover Slovacek, LLP
> 5847 San Felipe, Suite 2200
> Houston, Texas 77057
> *Tel* (713) 977-8686
> *Fax* (713) 977-5395
> rothberg@hooverslovacek.com

PLEASE NOTE FURTHER that the foregoing request and demand includes not only the notices, pleadings, filings, and papers referred to in the above-referenced Bankruptcy Rules, but also includes, without limitation, the Debtor's schedules and statements and all supplements thereto, and any and all plans, letters, correspondence, applications, motions, complaints, objections, claims, demands, hearing, notices, or requests, whether formal or informal, whether

706891-1

oral or in writing, which may be filed, submitted, transmitted, or conveyed to the Bankruptcy Clerk, Bankruptcy Court, or Bankruptcy Judge (as such terms are used and defined in Bankruptcy Rule 9001) in connection with this bankruptcy case and any proceedings related thereto or arising therefrom.

Dated: October 26, 2010

        HOOVER SLOVACEK LLP

        /s/ Edward L. Rothberg
By:
EDWARD L. ROTHBERG
State Bar No. 17313990
MELISSA A. HASELDEN
State Bar No. 00794778
ANNIE E. CATMULL
State Bar No. 00794932
T. JOSH JUDD
State Bar No. 24036866
5847 San Felipe, Suite 2200
Houston, Texas 77057
Telephone: (713) 977-8686
Facsimile: (713) 977-5395

*Attorneys for Weatherford US, LP*

## CERTIFICATE OF SERVICE

This is to certify that on October 26, 2010, I caused a true and correct copy of the foregoing Notice of Appearance and Request for Service of Notices to be served upon the Debtor's counsel, the US Trustee, and all parties requesting notice, via first class United States mail, postage prepaid, or via the Clerk of the Court through the Court's electronic case management system.

        /s/ Edward L, Rothberg
        Edward L. Rothberg

706891-1