IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| IN RE: | § |
| | § Case No. 10-54062-lmc |
| PREMIUM WELL DRILLING, INC. | § |
| | § Chapter 11 |
| DEBTOR | § |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PEOPLE'S UNITED EQUIPMENT FINANCE CORP. f/k/a Financial Federal Credit Inc., a creditor and party in interest in the above-styled and numbered case, hereby gives notice of its appearance in this case pursuant to Bankruptcy Rule 9010 by and through the undersigned counsel:

> Robert Grawl, Jr., Assistant General Counsel
> Texas State Bar No: 08313400
> People's United Equipment Finance Corp.
>     f/k/a Financial Federal Credit Inc.
> 1300 Post Oak Blvd., Suite 1300
> Houston, Texas 77056
> Tel: (713) 439-1177; Fax: (713) 386-0337

PEOPLE'S UNITED EQUIPMENT FINANCE CORP. f/k/a Financial Federal Credit Inc. requests that it be served through its said counsel with copies of all notices issued by the Clerk of the Court and all other pleadings and notices to parties in interest filed by Debtor, the Creditors' Committee, or any other interested party in this case, including all adversary proceedings, in accordance with Bankruptcy Rule 2002.

DATED: November 4, 2010

Respectfully submitted,

_____
Robert Grawl, Jr., Assistant General Counsel
State Bar No: 08313400 / SDOT No. 14141
1300 Post Oak Blvd., Suite 1300
Houston, Texas 77056
Telephone (713) 439-1177
Telecopier (713) 386-0337

ATTORNEY FOR PEOPLE'S UNITED
EQUIPMENT FINANCE CORP. f/k/a Financial
Federal Credit Inc.

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance and Request for Notice has been served by electronic service or by first class mail, postage prepaid, on the following parties on this the  4th  day of November, 2010:

Premium Well Drilling, Inc.
PO Box 99
Pleasanton, TX 78064

**R. Glen Ayers, Jr**
Langley and Banack, Inc
745 E Mulberry, 9th Floor
San Antonio, TX 78212
gayers@langleybanack.com

**Kenneth P. Green**
Snow Fogel Spence LLP
2929 Allen Parkway, Suite 4100
Houston, TX 77019
kennethgreen@snowfogel.com

**T. Josh Judd**
Hoover Slovacek, LLP
5847 San Felipe, Suite 2200
Houston, TX 77057
judd@hooverslovacek.com

**Arthur A. Stewart**
Clark Thomas and Winters
P.O. Box 1148
Austin, TX 78767
aas@ctw.com

**David G. Aelvoet**
Linebarger Goggan Blair & Sampson, LLP
711 Navarro, Ste 300
San Antonio, TX 78205
davida@publicans.com

**Allen M. DeBard**
Langley & Banack, Inc.
745 East Mulberry, Suite 900
San Antonio, TX 78212
adebard@langleybanack.com

**James A. Hoffman**
Weston Centre
112 E Pecan St, Suite 1300
San Antonio, TX 78205
hoffmanj@clemens-spencer.com

**Edward L. Rothberg**
Hoover Slovacek, LLP
5847 San Felipe, Suite 2200
Houston, TX 77057
rothberg@hooverslovacek.com

_____
Robert Grawl, Jr.